## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

In re: ALVAREZ, JORGE ENRIQUE § Case No. 09-24136-BKC-LMI
ALVAREZ, CARMEN §
§
Debtor(s) ALVAREZ, CARMEN LICET §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Barry E. Mukamal, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $10,528.00            Assets Exempt: $10,973.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $2,526.00      Claims Discharged
                                                Without Payment: $63,574.53

Total Expenses of Administration: $975.16

3) Total gross receipts of $ 3,501.16 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $3,501.16 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $9,736.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 975.16 | 975.16 | 975.16 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 64,373.00 | 32,688.53 | 32,688.53 | 2,526.00 |
| **TOTAL DISBURSEMENTS** | $74,109.00 | $33,663.69 | $33,663.69 | $3,501.16 |

4) This case was originally filed under Chapter 7 on July 10, 2009.
. The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/13/2010          By:  /s/Barry E. Mukamal                    
                                                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2004 LINCOLN NAVIGATOR | 1129-000 | 3,500.00 |
| Interest Income | 1270-000 | 1.16 |
| **TOTAL GROSS RECEIPTS** | | **$3,501.16** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Fifth Third Bank (South Florida) | 4110-000 | 9,736.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$9,736.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Barry E. Mukamal | 2100-000 | N/A | 875.18 | 875.18 | 875.18 |
| Barry E. Mukamal | 2200-000 | N/A | 99.98 | 99.98 | 99.98 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 975.16 | 975.16 | 975.16 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/A | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | GE Money Bank - Brandsmart | 7100-000 | 1,700.00 | 2,598.47 | 2,598.47 | 200.80 |
| 2 | FIA CARD SERVICES NA/BANK OF AMERICA | 7100-000 | 10,887.00 | 11,714.94 | 11,714.94 | 905.27 |
| 3 | FIA CARD SERVICES NA/BANK OF AMERICA | 7100-000 | 11,586.00 | 11,586.81 | 11,586.81 | 895.37 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | FIA CARD SERVICES NA/BANK OF AMERICA | 7100-000 | 6,788.00 | 6,788.31 | 6,788.31 | 524.56 |
| NOTFILED | Macy's | 7100-000 | 1.00 | N/A | N/A | 0.00 |
| NOTFILED | Macys/fdsb Macy's Bankruptcy | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Macys/fdsb Macy's Bankruptcy | 7100-000 | 2,255.00 | N/A | N/A | 0.00 |
| NOTFILED | JC Penney | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Best Buy | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Hsbc/rs | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | National City Mortgage | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Serv. Compliance Serv. Insolvency | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Sears/cbsd Sears Bankruptcy Recovery | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Richland State Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Washington Mutual / Providian | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Washington Mutual / Providian | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Washington Mutual / Providian | 7100-000 | 16,113.00 | N/A | N/A | 0.00 |
| NOTFILED | Visdsnb Bankruptcy | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | State Farm Fncl Svcs F | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Special Assistant United States Attorney Internal | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Special Assistant United States Attorney c/o Internal | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Sears/cbsd Sears bankruptcy Recovery | 7100-000 | 2,769.00 | N/A | N/A | 0.00 |
| NOTFILED | Honorable Marcos Daniel Jimenez United States | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Capital 1 Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Capital 1 Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Bac / Fleet Bankcard | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Bac / Fleet Bankcard | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Capital 1 Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Chase Manhattan | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Chase - Cc | 7100-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---:|
| NOTFILED | Gte Federal Credit Uni | 7100-000 | 5,945.00 | N/A | N/A | 0.00 |
| NOTFILED | Honorable Michael B. Mukasey Attorney General of the | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Gemb/tire Kingdom | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | GEMB / Walmart | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Citifinancial Retail Services | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | First Source | 7100-000 | 6,329.00 | N/A | N/A | 0.00 |
| NOTFILED | Dell Financial Services | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 64,373.00 | 32,688.53 | 32,688.53 | 2,526.00 |

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-24136-BKC-LMI  
**Case Name:** ALVAREZ, JORGE ENRIQUE  
ALVAREZ, CARMEN  
**Period Ending:** 10/08/10  

**Trustee:** (290830) Barry E. Mukamal  
**Filed (f) or Converted (c):** 07/10/09 (f)  
**§341(a) Meeting Date:** 08/12/09  
**Claims Bar Date:** 01/25/10  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CASH ON HAND | 45.00 | 0.00 | DA | 0.00 | FA |
| 2 | BANK OF AMERICA A/N X7691 | 150.00 | 0.00 | DA | 0.00 | FA |
| 3 | WACHOVIA CHECKING A/N X6323 | 43.00 | 0.00 | DA | 0.00 | FA |
| 4 | RENTAL DEPOSIT | 0.00 | 0.00 | DA | 0.00 | FA |
| 5 | HOUSEHOLD GOODS AND FURNISHINGS | 600.00 | 0.00 | DA | 0.00 | FA |
| 6 | DECORATIONS | 80.00 | 0.00 | DA | 0.00 | FA |
| 7 | WEARING APPAREL | 60.00 | 0.00 | DA | 0.00 | FA |
| 8 | JEWELRY | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | 2004 TOYOTA COROLLA<br>Report of abandonment on file with the court DE 22 | 7,050.00 | 7,050.00 | OA | 0.00 | FA |
| 10 | 2004 LINCOLN NAVIGATOR<br>Progressive Select Ins. Co. Policy #21705307-9, expires 01/19/10. | 9,995.00 | 3,500.00 | | 3,500.00 | FA |
| 11 | 2001 FORD F150  (u)<br>Amended. Notice of Abandonment on file with the court DE 35 | 2,500.00 | 2,500.00 | OA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 1.16 | FA |
| 12 | Assets    Totals (Excluding unknown values) | **$20,523.00** | **$13,050.00** | | **$3,501.16** | **$0.00** |

**Major Activities Affecting Case Closing:**

Claims review complete.  No tax return required.

**Initial Projected Date Of Final Report (TFR):**    April 30, 2010          **Current Projected Date Of Final Report (TFR):**    April 30, 2010  (Actual)

Printed: 10/08/2010 08:52 AM    V.12.54

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 09-24136-BKC-LMI | **Trustee:** | Barry E. Mukamal (290830) |
|---|---|---|---|
| **Case Name:** | ALVAREZ, JORGE ENRIQUE | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
|  | ALVAREZ, CARMEN | **Account:** | ***-*****39-65 - Money Market Account |
| **Taxpayer ID #:** | **-***1012 | **Blanket Bond:** | $1,000,000.00  (per case limit) |
| **Period Ending:** | 10/08/10 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/22/09 | {10} | FBF for Patrick L. Cordero PA Trust/IOTA Account | Full settlement; court ordered 12/07/09 | 1129-000 | 3,500.00 | | 3,500.00 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.02 | | 3,500.02 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.14 | | 3,500.16 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.14 | | 3,500.30 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.13 | | 3,500.43 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.13 | | 3,500.56 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.15 | | 3,500.71 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | 1270-000 | 0.02 | | 3,500.73 |
| 04/06/10 | | Wire out to BNYM account 9200******3965 | Wire out to BNYM account 9200******3965 | 9999-000 | -3,500.73 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | -3,500.73 | 0.00 | |
| | | | **Subtotal** | | 3,500.73 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3,500.73** | **$0.00** | |

{} Asset reference(s)

Printed: 10/08/2010 08:52 AM    V.12.54

# FORM 2

Page: 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 09-24136-BKC-LMI | | **Trustee:** | Barry E. Mukamal (290830) |
|---|---|---|---|---|
| **Case Name:** | ALVAREZ, JORGE ENRIQUE | | **Bank Name:** | The Bank of New York Mellon |
| | ALVAREZ, CARMEN | | **Account:** | 9200-******39-65 - Money Market Account |
| **Taxpayer ID #:** | **-***1012 | | **Blanket Bond:** | $1,000,000.00   (per case limit) |
| **Period Ending:** | 10/08/10 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********3965 | Wire in from JPMorgan Chase Bank, N.A. account ********3965 | 9999-000 | 3,500.73 | | 3,500.73 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.11 | | 3,500.84 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.15 | | 3,500.99 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.14 | | 3,501.13 |
| 07/07/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0500% | 1270-000 | 0.03 | | 3,501.16 |
| 07/07/10 | | To Account #9200******3966 | transfer | 9999-000 | | 3,501.16 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **3,501.16** | **3,501.16** | **$0.00** |
| | | | Less: Bank Transfers | | 3,500.73 | 3,501.16 | |
| | | | **Subtotal** | | **0.43** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.43** | **$0.00** | |

{} Asset reference(s)             Printed: 10/08/2010 08:52 AM    V.12.54

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 09-24136-BKC-LMI | Trustee: | Barry E. Mukamal (290830) |
|---|---|---|---|
| Case Name: | ALVAREZ, JORGE ENRIQUE | Bank Name: | The Bank of New York Mellon |
| | ALVAREZ, CARMEN | Account: | 9200-******39-66 - Checking Account |
| Taxpayer ID #: | **-***1012 | Blanket Bond: | $1,000,000.00  (per case limit) |
| Period Ending: | 10/08/10 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/07/10 | | From Account #9200******3965 | transfer | 9999-000 | 3,501.16 | | 3,501.16 |
| 07/08/10 | 101 | GE Money Bank - Brandsmart | Dividend paid   7.72% on $2,598.47; Claim# 1; Filed: $2,598.47; Reference: Claim Reference}, court ordered fees 07/02/10. | 7100-000 | | 200.80 | 3,300.36 |
| 07/08/10 | 102 | FIA CARD SERVICES NA/BANK OF AMERICA | Dividend paid   7.72% on $11,714.94; Claim# 2; Filed: $11,714.94; Reference: Claim Reference}, court ordered fees 07/02/10. | 7100-000 | | 905.27 | 2,395.09 |
| 07/08/10 | 103 | FIA CARD SERVICES NA/BANK OF AMERICA | Dividend paid   7.72% on $11,586.81; Claim# 3; Filed: $11,586.81; Reference: Claim Reference}, court ordered fees 07/02/10. | 7100-000 | | 895.37 | 1,499.72 |
| 07/08/10 | 104 | FIA CARD SERVICES NA/BANK OF AMERICA | Dividend paid   7.72% on $6,788.31; Claim# 4; Filed: $6,788.31; Reference: Claim Reference}, court ordered fees 07/02/10. | 7100-000 | | 524.56 | 975.16 |
| 07/08/10 | 105 | Barry E. Mukamal | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 975.16 | 0.00 |
| | | | Dividend paid 100.00%   875.18 on $875.18;  Claim# ; Filed: $875.18 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%   99.98 on $99.98;  Claim# ; Filed: $99.98 | 2200-000 | | | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 3,501.16 | 3,501.16 | $0.00 |
| Less: Bank Transfers | 3,501.16 | 0.00 | |
| Subtotal | 0.00 | 3,501.16 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $3,501.16 | |

Net Receipts :       3,501.16

Net Estate :       $3,501.16

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****39-65 | 3,500.73 | 0.00 | 0.00 |
| MMA # 9200-******39-65 | 0.43 | 0.00 | 0.00 |
| Checking # 9200-******39-66 | 0.00 | 3,501.16 | 0.00 |
| | $3,501.16 | $3,501.16 | $0.00 |

{} Asset reference(s)                                                                                                            Printed: 10/08/2010 08:52 AM    V.12.54